UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MALCOLM QUERIDO

v.                                                               CA 10-098 ML

A.T. WALL, et al.

MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Hagopian issued on December 8, 2010. No objection has been filed and the time for doing so has passed. The Court, therefore, adopts the Report and Recommendation.[1]

Accordingly, the following claims are hereby DISMISSED:

1. Claims against Defendant Hadden, with respect to her statements on April 22, 2009;

2. Claims of harassment by Defendants Rigoure, Casavant, Rodrigous, Pricila, Allard, and Sayles;

3. Claims against Defendant Sayles for his reaction to Plaintiff's claims of being suicidal on July 20, 2009;

4. Claims about the conditions of confinement against Defendants Wall, Bailey, Weeden, and Auger; and,

5. Claims arising from allegedly frivolous disciplinary reports lodged against Plaintiff for his actions on February 7, 2010.

In addition, the following ten Defendants are DISMISSED as parties to this

---

[1] The Court notes that there appears to be two typographical errors on page 8 of the Report and Recommendation where there is a reference to "seven Defendants" and "nine Defendants". The Court understands that the references should be "ten Defendants" and "four Defendants."

action: Hadden, Rigoure, Casavant, Rodrigous, Pricila, Allard, Wall, Bailey, Weeden, and Auger.

Finally, the Clerk is directed to provide Plaintiff with forms and information regarding his right to have Defendants Sayles, Marciancy, Oliver and Johanson served with process by the U.S. Marshal Service.

SO ORDERED:

_Mary M. Lisi_
Mary M. Lisi
Chief United States District Judge
January 7, 2011